## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gilbane, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-11266 |
| | ) | |
| v. | ) | Hon. Manish S. Shah |
| | ) | |
| Liberty Insurance Underwriters Inc., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## STIPULATION OF REMAND

Plaintiff Gilbane, Inc. ("Plaintiff" or "Gilbane") and Defendant Liberty Insurance Underwriters Inc. ("Defendant" or "Liberty") (collectively, the "Parties") hereby stipulate as follows:

1.     On or about November 18, 2016, Gilbane commenced an action for declaratory judgment against Liberty in the Circuit Court of Cook County, Illinois, Case No. 2016-CH-15163 (the "Action").

2.     Liberty was served with Gilbane's complaint on December 8, 2016.

3.     On December 12, 2016, Liberty filed a Notice of Removal of the Action with the United States District Court for the Northern District of Illinois.  [Dkt. 1.]

4.     On December 12, 2016, Liberty filed a copy of the Notice of Removal with the Circuit Court of Cook County, Illinois.

5.     On December 13, 2016, Liberty filed an Amended Notice of Removal of the Action with the United States District Court for the Northern District of Illinois. [Dkt. 7].

6.     On December 13, 2016, Liberty filed a copy of the Amended Notice of Removal with the Circuit Court of Cook County, Illinois.

7.     On December 14, 2016, the Court issued an order directing Liberty to file a supplement to its Notice of Removal regarding the citizenship of Liberty by December 28, 2016. [Dkt. 8.]

8.     On December 16, 2016, Gilbane filed a Motion to Remand.  [Dkt. 12.]

9.     Thereafter, on December 16, 2016, the Court vacated its December 14, 2016 order to Liberty to supplement its Notice of Removal, and instead directed Liberty to file a response to the Motion to Remand by December 28, 2016.  [Dkt. 16.]

10.    After discussion, the Parties agree that the Action should be remanded to the Circuit Court of Cook County, Illinois.  To that end, the Parties hereby stipulate that the Action be remanded forthwith, pursuant to this Stipulation, and neither party will seek attorneys' fees or costs under 28 U.S.C. § 1447(c).

Dated: This 21st day of December, 2016

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| Gilbane, Inc., | Liberty Insurance Underwriters Inc., |
| /s/ Timothy W. Burns | /s/ James K. Thurston |
| Timothy W. Burns | James K. Thurston, Esq. |
| PERKINS COIE LLP | Erik J. Tomberg, Esq. |
| One East Main Street | WILSON, ELSER, MOSKOWITZ, |
| Suite 201 | EDELMAN & DICKER LLP |
| Madison, WI 53703-5118 | 55 W. Monroe Street, Suite 3800 |
| 608.663.7460 | Chicago, IL 60603 |
| TBurns@perkinscoie.com | Tel. 312-821-6125 |
| | Fax 312-704-0550 |
| Scott B. Greene | james.thurston@wilsonelser.com |
| PERKINS COIE LLP | erik.tomberg@wilsonelser.com |
| 131 S. Dearborn St. | |
| Suite 1700 | |
| Chicago, IL 60603-5559 | |
| 312.324.8652 | |
| SGreene@perkinscoie.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2016, a copy of the foregoing was served by operation of the court's electronic filing systems upon all registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants. Parties may access this filing through the court's system.

*s/ Timothy W. Burns*
Timothy W. Burns