## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Gilbane, Inc.

                                 Plaintiff,

v.                                                              Case No.: 1:16–cv–11266
                                                            Honorable Manish S. Shah

Liberty Insurance Underwriters Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

        MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of remand [18] and 28 U.S.C. § 1441(b)(2), this case is remanded to the Circuit Court of Cook County. The Clerk is directed to remand the case to the Circuit Court of Cook County forthwith. All pending motions [4] and [12] are terminated as moot, and the hearing on 1/3/17 at 9:45 a.m. is stricken. No costs or fees are awarded, as stipulated by the parties. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.